*Prince Frederick* vs. *Senior San Joseph and San Nicholas*, 1744

At A Court of Vice Admiralty held at Newport in the Colony of Rhode Island on fryday the 13th day of July 1744 at 11 A Clock A M.

Before his Hon$^r$ Leon$^d$ Lockman Esq$^r$ Judge the following Preparatory Exam$^s$ were taken

Dan$^{ll}$ Beebe 1st Lieut$^t$ of the Sloop Prince frederick on Oath gave Answers to these Quest$^{ns}$

$Q^t$ 1st   When and where and by whom was this Ship Called Senior San Joseph and San Nicholas taken, w^ch is brought in here by you

*Ans^r*   On the 19th of June last in the Lattitude 29 North by Cap^t John Dennis,

*Quest*   How many Persons on board at the time of Capture and of what Nation.

*Ans^r*   There was 26 on board all of whom were Spaniards

*Quest*   Did they make any Resistance

*Ans^r*   Yes they fired Six Canon and then Struck

*Quest*   Are all the Papers now Produced in Court all that were found on board without any fraud Subduction Addition, or Embezelment

*Ans^r*   Yes                                             Daniel Beebe


M^r Moses Lopez was Sworn Spanish Interpreter Don Augustine Escelera A spaniard late Cap^t of the Afores^d Ship On Oath gave Ans^r to these Quest^ns

*Quest*   Have you any Knowledge of this Ship sent in here by Cap^t Dennis as Prize and what declare all you know

*Ans^r*   Yes, I knew her About three y^rs at the Havana where she was Carried by A Snow belonging to the King of Spain and Was there sold at A Publick Vendue to one Don Antonio Salaverto of whom I Purchased her as Appears by A Bill of sale Now in Court mark'd A and have Possess'd her ever Since

$Q^t$   from whence did you sail and where bound

*Ans^r*   from the Havana the 13th June Last N S. bound to Laguira and was taken the 29th of S^d Month N S

$Q^t$   Did you make any resistance

*Ans^r*   Yes I fired 6 or 7 Guns

$Q^t$   What did y^r Cargo Consist of

*Ans^r*   About 48 Barr^s tarr About 50 Boards and some Copper Kettles and 17 or 1800 PS of Eight

$Q^t$   Have you any Commission from the King of Spain or any Other Officer under Him

*Ans^r*   Yes Which I Produce in Court Mark'd B

$Q^t$   How many Persons were there on Board at the time of Capture

*An^r*   twenty three

$Q^t$   How many Canon were on board at time of Capture

*Ans^r*   fourteen

$Q^t$   In whom is the Property of the Ship and Cargo

*Ans^r*   The Ship belongs to me and to one Don Joseph Matheo de Arrata an Inhabitant of Lavera Cruz the Cargo belong^d to me and Several Other Persons of the Havana Subjects of the King of Spain

Augustine Escabera

Juan Francisco Hernandez inhabitant of the Havana first Mate of s^d Ship Declared on Oath in Court to the truth of the Above Answers to the s^d Questions         Juan fran^co Hernandez

  The afores^d Augustin

At a Court of Vice Admiralty held at Newport in the Colony of Rhode Island on Saturday the 14th of July 1744 at ten AClock in the Morning Before the Hon^ble Leon^d Lockman Esq^r Judge the Court being Open'd the Libel and Monition Read.

  Augustin De Escalara Prefer'd A Petition to the Judge and said he had no Objection to the Condemn^n of said Vessel

  Also Juan Franico Hernandez first mate of s^d Vessel declared he had no Objection to the Condemnat^n

  His Hon^r Ask'd the Kings Advocates whether it was his Opinion that the Paragraph in the Prize Act respecting Salvage, reach'd the Present case

  To which the Kings Advocate Answer'd that It was his Opinion it did not

It plainly appears to me that the Ship Senior San Joseph and San Nicholas with her Appurtenances and Cargo are the Property of the Subjects of the King of Spain and therefore I Condemn the same as lawfull Prize to be divided Amongst the Captors and Owners as they among themselves have Agreed, and what ever goods cannot be divided to be sold by William Mumford Marshall the Captors Paying Cost.  July 14th 1744

              Leonard Lockman